Case 2:21-mj-04296-DUTY Document 1 Filed 09/16/21 Page 1 of 6 Page

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original



FILED
CLERK, U.S. DISTRICT COURT
9/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: Valencia Munroe DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| United States of America<br>v.<br>GERMAN ANTONIO RAMIREZ-GONZALEZ,<br>aka "German Antonio Gonzalez,"<br>"German Antonio Ramirez,"<br>"German Antonio,"<br><br>Defendant. | Case No.  2:21-mj-04296-DUTY |

LODGED
CLERK, U.S. DISTRICT COURT
9/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____JB____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 12, 2019, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(2) | Illegal Alien Found in the United States Following Deportation, With Prior Aggravated Felony Conviction |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Carlos Ayala
Complainant's signature

Carlos Ayala, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  9/16/21

[Judge's signature]
Judge's signature
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE
Printed name and title

City and state:  Los Angeles, California

SAUSA Nevarez (213) 894-7413

**AFFIDAVIT**

I, Carlos G. Ayala, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against GERMAN ANTONIO RAMIREZ-GONZALEZ, also known as "German Antonio Gonzalez," "German Antonio Ramirez," and "German Antonio" ("RAMIREZ-GONZALEZ"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation, With a Prior Aggravated Felony.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF DEPORTATION OFFICER CARLOS G. AYALA

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since September 2015. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field

office. Prior to working for ICE as a DO, I worked as an Immigration Enforcement Agent with ICE since September 2005.

### III. **STATEMENT OF PROBABLE CAUSE**

4. On or about February 12, 2019, the ICE Pacific Enforcement Response Center ("PERC") received an electric notification based on biometric fingerprint information that RAMIREZ-GONZALEZ was arrested and in the custody of the Huntington Park Police Department ("HPPD") in Huntington Park, California. On or about that same day, a DHS Immigration Detainer was lodged with HPPD. The detainer was not honored, and RAMIREZ-GONZALEZ was subsequently released from HPPD custody.

5. On or about February 14, 2021, the ICE PERC received an electric notification based on biometric fingerprint information that RAMIREZ-GONZALEZ was arrested again and in the custody of the Los Angeles Sheriff's Department ("LASD") in Los Angeles, California. On or about that same day, a DHS Immigration Detainer was lodged with LASD. The detainer was not honored, and RAMIREZ-GONZALEZ was subsequently released from LASD custody.

6. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

7. On April 8, 2021, I obtained and reviewed DHS A-File A205-714-838, which is maintained for the subject alien "GERMAN ANTONIO RAMIREZ-GONZALEZ." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A205-714-838 corresponds. I compared the photographs in the A-File to photographs taken at the time of RAMIREZ-GONZALEZ's booking into LASD custody on or about February 14, 2021, while in LASD custody. I thus determined that DHS A-File A205-714-838 and its contents correspond to RAMIREZ-GONZALEZ.

    b. One executed Warrant of Removal/Deportation (Form I-205) indicating that RAMIREZ-GONAZLEZ was officially removed or deported from the United States on or about March 25, 2015. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Warrant of Removal/Deportation in RAMIREZ-GONZALEZ' DHS A-File contains a photograph, a signature, and fingerprint.

    c. A certified conviction record showing that RAMIREZ-GONZALEZ was convicted on or about April 15, 2013, under the name "German Antonio Gonzalez," of Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number VA127880, for which RAMIREZ-GONZALEZ was sentenced to two years' imprisonment. This is an aggravated

felony as it is a crime of violence as defined in Immigration and Nationality Action Section 101(a)(43)(F) for which a sentence of one year or more was imposed.

        d.    Various documents, in addition to the Warrants of Removal/Deportation, indicating that RAMIREZ-GONZALEZ is a native and citizen of El Salvador. These documents include: (i) one Order of an Immigration Judge, dated February 9, 2015, ordering RAMIREZ-GONZALEZ removed to El Salvador; and (ii) one copy of a birth certificate, issued May 28, 2008, which states that RAMIREZ-GONZALEZ is a native and citizen of El Salvador.

    8.    On or about April 14, 2021, I reviewed the printouts of the Interstate Identification Index ("III"). Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of Investigation number. The III printouts confirmed that RAMIREZ-GONZALEZ had been convicted of the crimes reflected on the documents contained in RAMIREZ-GONZALEZ' DHS A-File, described above.

    9.    On April 14, 2021, I reviewed the printouts of ICE computer indices on RAMIREZ-GONZALEZ. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is removed or excluded from the United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that RAMIREZ-GONZALEZ had been removed and deported on the date indicated on the Warrant of

Removal/Deportation found in RAMIREZ-GONZALEZ' DHS A-File and described above. The ICE computer indices further indicated that RAMIREZ-GONZALEZ had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since RAMIREZ-GONZALEZ had last been deported.

10. Based on my review of RAMIREZ-GONZALEZ' DHS A-File, I determined that his A-File does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in RAMIREZ-GONZALEZ' DHS A-File.

## IV. CONCLUSION

11. For all the reasons described above, there is probable cause to believe that GERMAN ANTONIO RAMIREZ-GONZALEZ has violated Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation, with a Prior Aggravated Felony.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 16th day of
September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE